# Third District Court of Appeal

## State of Florida

Opinion filed July 21, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0390
Lower Tribunal No. R.A.A.C. 20-01407
_____

**Barbara L. Nova**,
Appellant,

vs.

**Reemployment Assistance Appeals Commission**,
Appellee.

An Appeal from the Reemployment Assistance Appeals Commission.

Barbara L. Nova, in proper person.

Katie E. Sabo, Appellate Counsel (Tallahassee), for appellee.

Before LOGUE, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.